In the Matter of the Claim of KATE KEENLY, Respondent, against NEW YORK UNIVERSITY and BELLEVUE MEDICAL COLLEGE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim Made by the STATE TREASURER and the COMMISSIONER OF TAXATION AND FINANCE OF THE STATE OF NEW YORK, Respondents, against ELMER E. BEST and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence to sustain a finding that the accident and death arose out of and in the course of the employment. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of CATHERINE FRONCE, Respondent, against THE PROSPERITY COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THOMAS B. COTTER, as Surviving Partner of the Copartnership Known as KEENE LUMBER COMPANY, Respondent, v. J. & J. ROGERS COMPANY, Appellant. — Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD J. FRIEDMAN, Petitioner, Respondent, v. HARRY M. KAISER, Warden of Clinton Prison, Dannemora, New York, Respondent, Appellant.█— Motion to amend notice of appeal and to restore the appeal to the calendar and for a reargument on the merits, granted. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERMINALS AND TRANSPORTATION CORPORATION OF AMERICA, Relator, v. THE STATE TAX COMMISSION, Respondent.— Motion for leave to appeal to the Court of Appeals granted and questions certified as follows: 1. Was the recording tax of this mortgage and the penalty correctly determined by the Tax Commission? 2. Does the prevailing opinion in the Appellate Division█ indicate the correct method of determination? Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERMINALS AND TRANSPORTATION CORPORATION OF AMERICA, Relator, v. THE STATE TAX COMMISSION, Respondent.— Motion for leave to appeal to the Court of Appeals granted and questions certified as follows: 1. Was the recording tax of this mortgage and the penalty correctly determined by the Tax Commission? 2. Does the prevailing opinion in the Appellate Division† indicate the correct method of determination? Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

RENSSELAER COUNTY AGRICULTURAL AND HORTICULTURAL SOCIETY, a Membership Corporation, Respondent, v. EDWARD C. WEATHERWAX and BESSIE WEATHERWAX, Appellants, and Another.— Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Does the plaintiff possess the power of condemnation? Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. L. HOWARD, Respondent,